In The Ninth Judicial Circuit, for Orange/Osceola County, Florida

Rafael Sanchez, Plaintiff

6:22-cv-11

v

Farah Cruz
City of St Cloud (St Cloud Police Department)

Complaint

Comes now, Rafael Sanchez, and files this complaint against Farah Cruz and the City of St Cloud (St Cloud PD) and for cause would show as follows:

1 Plaintiff is an adult resident of Osceola County

2 Defendant, Farah Cruz and City of St. Cloud (St Cloud PD), and may be served with process of this Court

3 On the 4th of January 2018, the Defendants' Affidavits were heard in court at the Osceola County Court in Osceola County, Florida falsely charging that the Plaintiff willfully and unlawfully committed acts of domestic violence and theft in St Cloud, FL. As a result of defendants' actions, the Plaintiff was arrested and later terminated from his job. The information contained in the affidavits were untrue and, upon completion of the trial, which was held on the 4th of January 2018, the case was proven as such thus concluded with a not guilty verdict. ~~(See Exhibit A)~~

4 The actions of the Defendants were wrongful, malicious, and designed to damage the Plaintiff. Plaintiff suffered extreme emotional and mental anguish because of the Defendants' actions. Plaintiff incurred loss of wages because of the Defendants' deliberate and malicious conduct.

5 Plaintiff has suffered harm to his reputation, humiliation, embarrassment, mental anguish, and distress by being arrested by the St Cloud Police Department on the false charges brought by the Defendant.

6 Plaintiff would show that the actions of Defendant herein reflect a malicious, intentional, willful, and reckless disregard of the rights of Plaintiff herein and warrant an award of punitive damages to the Plaintiff.

_____
Rafael Sanchez
January 3, 2022

State of Florida County of Osceola
Sworn to (or affirmed) and subscribed before me
Via physical presence ✓ OR online notarization
this __3__ day of __January__, 2022

By __Rafael Sanchez__

ID Produced ✓ Personally Known ____
Type of ID Produced __Photo ID__

_____
Notary Name Here, Notary Public
State of Florida

DARIO R. VELEZ
Notary Public
State of Florida
Comm# HH172704
Expires 9/6/2025

My Commission Expires __9/6/2025__