UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RAFAEL SANCHEZ,**

        **Plaintiff,**

**v.**                                                            **Case No: 6:22-cv-11-CEM-DCI**

**CITY OF ST. CLOUD and MARISOL LEON,**

        **Defendants.**

_____

## ORDER

This cause comes before the Court for consideration without oral argument on the following motions:

| | |
|---|---|
| **MOTION:** | **Defendant City of St. Cloud's Motion to Compel Better Responses (Doc. 50)** |
| **FILED:** | **March 24, 2023** |
| **MOTION:** | **Defendant City of St. Cloud's Motion to Compel Verified Answers (Doc. 52)** |
| **FILED:** | **March 28, 2023** |

**THEREON** it is **ORDERED** that the motions are **GRANTED in part**.

Rafael Sanchez (Plaintiff) brings this civil rights action against the City of St. Cloud and Marisol Leon pursuant to 42 U.S.C. § 1983. Doc. 47. Pending before the Court is the City of St. Cloud's (Defendant) Motion to Compel Better Responses to the First Request to Produce and

Better Verified Answers to Interrogatories. Doc. 50 (the Motion to Compel Better Responses).[1] While Plaintiff served responses to Defendant's request for production and interrogatories, Defendant claims that several responses are incomplete, evasive, or nonresponsive. *Id*.

Defendant has also filed a Motion to Compel Verified Answers to the Second Set of Interrogatories. Doc. 52 (Motion to Compel Verified Answers). Defendant states that on February 21, 2023, Defendant served a second set of interrogatories and Plaintiff has not served answers. *Id*. at 1-2. As such, Defendant requests that Plaintiff be directed to do so pursuant to Rule 37(a)(3).

Defendant also seeks an award of all reasonable expenses including attorney fees incurred in making each Motion. Doc. 50 at 3-3; Doc. 52 at 2.

Plaintiff has not filed responses to the Motions and the time for doing so has elapsed. The Court routinely grants motions as unopposed where the opposing parties have not filed a response in opposition to the motion. *See* Local Rule 3.01(c); *see also Daisy, Inc. v. Pollo Operations, Inc.*, 2015 WL 2342951, at *1 (M.D. Fla. May 14, 2015) (granting motion to compel as unopposed when a party did not file a response.). Thus, Defendant's requests to compel better responses and verified answers are due to be granted.

Based on the foregoing, it is **ORDERED** that:

1. the Motions (Docs. 50, 52) are **GRANTED in part** to the extent that **on or before April 20, 2023**, Plaintiff shall serve:

    a. better responses and responsive documents to Defendant's First Request to Produce Nos. 1-3, 5-16, 20-24, 26-35, 38-39;

---

[1] Per Defendant's notice filed pursuant to Local Rule 3.01(g), Defendant's counsel and Plaintiff conferred via telephone and do not agree on the resolution of the Motions. Doc. 53.

    b. better verified answers to Defendant's First Set of Interrogatories Nos. 1, 2, 5, 6, 7, 10, 12, 16; and

    c. verified answers to Defendant's Second Set of Interrogatories; and

2. the Motions (Docs. 50, 52) are otherwise **DENIED** including Defendant's requests for reasonable expenses as the circumstances of this case make an award unjust pursuant to Rule 37(a)(5)(A).

**ORDERED** in Orlando, Florida on April 6, 2023.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties